IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JUSTIN M. FINUCANE, on behalf of himself and all others similarly situated<br>Plaintiff<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., and JOHN DOE 1-10<br>Defendants | : : : : : : : : : : : : : | CIVIL DOCKET<br><br><br><br>NO.<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant ARS NATIONAL SERVICES, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. ARS National Services, Inc. is a defendant in an action pending in the Supreme Court of the State of New York, County of New York, Index No. 160925/2019 entitled <u>Justin M. Finucane, on behalf of himself and all others similarly situated v. ARS National Services, Inc. and John Doe 1-10</u> ("the State Court Action"). A true and correct copy of the Summons and Complaint are attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is JUSTIN M. FINUCANE ("Plaintiff"). <u>See</u> Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* <u>See</u> Exhibit "A".

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Summons and Complaint on Defendant.

WHEREFORE, Defendant ARS NATIONAL SERVICES, INC. prays that the State Court Action be removed from the Supreme Court of the State of New York, County of New York, Index No. 160925/2019 to this Court for proper and just determination.

                                                FINEMAN KREKSTEIN & HARRIS, P.C.

By:    /S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-7513
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
Attorney for Defendant ARS National Services, Inc.

Dated:  December 13, 2019

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system and email on the following:

>Simon Goldenberg, Esquire
>Law Office of Simon Goldenberg PLLC
>818 East 16th Street
>Brooklyn, NY  11230
>simon@goldenbergfirm.com
>Attorney for Plaintiff

                                      /S/ Richard J. Perr
                                  RICHARD J. PERR, ESQUIRE

Dated:   December 13, 2019